

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00897-CR

**IN RE** Robert **ROBERTS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
                Luz Elena D. Chapa, Justice
                Irene Rios, Justice

Delivered and Filed: January 15, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On December 31, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause No. 2019CR6881, styled *The State of Texas v. Robert Roberts*, pending in the 226th Judicial District Court, Bexar County, Texas, the Honorable Velia J. Meza presiding.